UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KEVIN MCSWIGGAN, CATHY SMITH, CATHY SMITH, PPA MPM AND CATHY SMITH PPA MJM** | * Case No. 3:21-cv-01097-JAM <br> * <br> * <br> * |
| **Plaintiffs,** | * <br> * |
| **VS.** | * <br> * |
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. XSZ148215; VANGUARD CLAIMS ADMINISTRATION, INC., GEORGE A. BUTLER ADJUSTERS, INC. and THOMAS MURPHY** | * <br> * <br> * <br> * <br> * <br> * <br> * |
| **Defendants.** | * FEBRUARY 1, 2022 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the plaintiffs voluntarily dismiss this action without prejudice. The opposing parties have not served an answer or a motion for summary judgment.

PLAINTIFFS,

By: /s/ Brittany S. Cates
Brittany S. Cates, Fed. Bar No. ct27106
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT 06510
Tel: (203)624-9500
Fax: (203)624-9100
bcates@faxonlawgroup.com

## Certificate of Service

      I hereby certify that, on February 1, 2022, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Brittany S. Cates  
      Brittany S. Cates